# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WILLIAM HERRING**

    vs.                **CASE NUMBER: 5:09-CV-1168 (GTS/GHL)**

**CITY OF SYRACUSE; DZENAN SELIMOVIC, Police Officer, Syracuse Police Department; and JEFFREY BEAUCHINE, Police Officer, Syracuse**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Complaint is dismissed without prejudice under Federal Rule of Civil Procedure 4(m) and/or Federal Rule of Civil Procedure 41(b).  Judgment is entered in favor of the defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 8th day of October, 2010.

DATED: October 8, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk